IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID HATCHIGIAN, et al.,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| v. | : | |
| | : | |
| **PECO/EXELON, et al.,** | : | **NO. 22-cv-02170** |
| *Defendants.* | : | |
| | : | |

## ORDER

**AND NOW**, this **12th** day of **July 2023**, upon consideration of PECO Defendants' Motion to Dismiss and Plaintiff Hatchigian's Response (ECF Nos. 48, 55), Defendant MIC's Motion to Dismiss and Plaintiff Hatchigian's Response (ECF Nos. 49, 56), and PUC Defendants' Motion to Dismiss and Plaintiff Hatchigian's Response (ECF Nos. 59, 61), it is hereby **ORDERED** that:

1. PECO Defendants' Motion to Dismiss (ECF No. 48) is **GRANTED**;

2. Defendant MIC's Motion to Dismiss (ECF No. 49) is **GRANTED**; and

3. PUC Defendants' Motion to Dismiss (ECF No. 58) is **GRANTED**.

It is **FURTHER ORDERED** that the Amended Complaint (ECF No. 41) will be **DISMISSED with prejudice** as to Plaintiff Hatchigian and DISMISSED without prejudice as to all other Plaintiffs.

The Clerk of the Court is hereby **ORDERED** to close the case.

BY THE COURT:

/s/ Chad F. Kenney

_____
**CHAD F. KENNEY, J.**