# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID HATCHIGIAN,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| v. | : | No. 22-2170 |
| | : | |
| **PECO, MIC, PUC, et al.,** | : | |
| *Defendants*. | : | |

## ORDER

**AND NOW,** this **3rd** day of **September 2024,** upon consideration of Petitioner's Motion for Relief from Judgment Pursuant to Fed. R. Civ. P. 60(b) (ECF Nos. 67, 68) and for the reasons described in the accompanying memorandum, it is hereby **ORDERED** that Petitioner's Motion (ECF Nos. 67, 68) is **DENIED.**

          **BY THE COURT:**

          **/s/ Chad F. Kenney**

          _____
          **CHAD F. KENNEY, JUDGE**